CENTEX HOMES OF NEW JERSEY v. TOWNSHIP
OF MANALAPAN.

December 6, 1983.

The Court having determined that certification was improvidently granted;

It is ORDERED that the order of this Court filed May 12, 1983 is hereby vacated and the matter is remanded to the Appellate Division for the consideration of the appeal. (See 94 *N.J.* 517)

CITY OF PERTH AMBOY v. MADISON INDUSTRIES, INC.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL
PROTECTION v. CHEMICAL POLLUTION SCIENCES, INC.

December 12, 1983.

Petition for certification denied.

WILLIAM E. MEYER v. BOROUGH OF TINTON
FALLS PLANNING BOARD.

December 12, 1983.

Petition for certification denied.